Argued and submitted November 20, affirmed as
modified December 17, 1979

In the Matter of the Marriage of
BLACK,
*Respondent,*
*and*
BLACK,
*Appellant.*

(No. D7805 08269, CA 14392)

603 P2d 784

Kristena A. LaMar, Portland, argued the cause for appellant. With her on the brief was Lindsay, Nahstoll, Hart, Neil & Weigler, Portland.

Ira L. Gottlieb, Portland, argued the cause and filed the brief for respondent.

Before Buttler, Presiding Judge, and Gillette and Roberts, Judges.

PER CURIAM

## PER CURIAM

Pursuant to husband's concession, the decree is modified as follows: (1) the last paragraph of paragraph numbered 4 of the decree, which requires wife to maintain life insurance on her life, is deleted; (2) subparagraph (d) of paragraph numbered 6 of the decree is modified to read as follows: "(d) The youngest living child of the parties shall have attained the age of 18 years." In all other respects the decree is affirmed.

Affirmed as modified. Costs to appellant.